**United States Patent and Trademark Office**
**Trademark Trial and Appeal Board**
P.O. Box 1451
Alexandria, VA 22313-1451

| |
|---|
| **In re   Nieves & Nieves LLC** |
| **Serial No.   85179243** |
| **Mailed:  January 30, 2014** |
| Hearing Date:  **February 13, 2014** |
| Time: 2:00PM |

**Madison Building (East Wing)**
**600 Dulany Street**
**9th Floor (Hearing Room C)**
**Alexandria, VA 22313-1450**
**(571) 272-6232**

The Board has scheduled an oral hearing in the above identified proceeding on the date and at the time indicated above.

If any party, or its attorney, does not appear when the case is called, that party's right to an oral hearing will be considered to have been waived.

In the case of an oral hearing on an ex parte appeal, oral arguments will be limited to twenty minutes for the applicant and ten minutes for the Examining Attorney, unless a longer period is requested and permitted in advance of the date set.  The applicant may reserve part of its time for rebuttal.

In the case of an oral hearing on an inter partes proceeding, oral arguments will be limited to thirty minutes for the plaintiff and thirty minutes for the defendant. The plaintiff may reserve part of its time for rebuttal.

Any party who intends not to be present for the oral hearing should notify the Board in advance of the hearing date.

The Board will reschedule an oral hearing, at the request of a party, if there is a reasonable basis for the request.  But, absent compelling circumstances or the consent of the opposing party, the Board will not change a hearing date if the request to reschedule is made within two weeks of the scheduled hearing date.  . A party who wants to reschedule an oral hearing should first notify the Board by

telephone [571-272-6232], or file a written request through ESTTA, stating the reasons for the request and whether the opposing party has consented to the rescheduling.

Bernadine Abdi
Hearing and Decision Specialist
Trademark Trial and Appeal Board
(571) 272-6232